UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY EARL REED, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-10878** |
| **STATE OF LOUISIANA** | **SECTION "A"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Johnny Earl Reed, III's petition for issuance of a writ of mandamus is **DENIED and DISMISSED WITH PREJUDICE** lack of venue and as frivolous and otherwise for failure to state a claim for which relief may be granted pursuant to 28 U.S.C. § 1915A.

August 4, 2017

_____
**UNITED STATES DISTRICT JUDGE**